IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAMONTA D. DAVIS**                                                                                       **PLAINTIFF**

v.                                            Case No. 4:23-cv-00003-LPR

**DOES**                                                                                                    **DEFENDANT**

## ORDER

Plaintiff Lamonta Davis filed this action *pro se*.[1] After reviewing Ms. Davis's Complaint, the Court issued an Order on June 20, 2023, explaining that the Complaint was deficient for lack of subject matter jurisdiction.[2] The Court gave Ms. Davis 30 days to file an Amended Complaint and warned Ms. Davis that the failure to do so would result in the dismissal of her case.[3] Ms. Davis has not complied with or otherwise responded to the Court's Order, and the time for doing so has expired. Therefore, all claims in this case are now dismissed without prejudice pursuant to the Court's June 20, 2023 Order. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order, the June 20, 2023 Order, or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 27th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3).

[3] *Id.* at 2.